1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff
   Warner Bros. Home Entertainment Inc.
7
8  Robert George
   *beta342@yahoo.com*
9  995 Harmony Landing Rd.
   Goshen, KY 40026
   Telephone:   (502) 523-7895
10
   Defendant, *in pro se*
11
                    UNITED STATES DISTRICT COURT
12
                    CENTRAL DISTRICT OF CALIFORNIA
13

14  Warner Bros. Home Entertainment Inc.,    )    Case No. CV13-4082 GW (RZx)
                                             )
15                        Plaintiff,         )    CONSENT DECREE AND
                                             )    PERMANENT  INJUNCTION
16         v.                                )
                                             )
17  Robert George, an individual and d/b/a   )         JS-6
    Amazon.com Seller WHY-NOT-SAVE,          )
18  and Does 1-10, inclusive,                )
                                             )
19                        Defendants.        )
                                             )
20  _____     )

21         The Court, having read and considered the Joint Stipulation for Entry of

22  Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

23  Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Robert George, an

24  individual and d/b/a Amazon.com Seller WHY-NOT-SAVE ("Defendant"), in this

25  action, and good cause appearing therefore, hereby:

26         ORDERS that based on the Parties' stipulation and only as to Defendant, his

27  successors, heirs, and assignees, this Injunction shall be and is hereby entered in the

28  within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b)      Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's

Works; or

c)     Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)     Each side shall bear its own fees and costs of suit.

6)     Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)     This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)     The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)     The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

/ / /

/ / /

11)    This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: October 23, 2013

_____
Hon. George H. Wu
United States District Judge

PRESENTED BY:
J. Andrew Coombs, A Prof. Corp.


By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home
Entertainment Inc.

Robert George, an individual
and d/b/a Amazon.com Seller WHY-NOT-SAVE


By: _____
        Robert George
Defendant, *in pro se*

**EXHIBIT A**
**COPYRIGHT REGISTRATIONS**

| REG. NO. | TITLE | CLAIMANT |
|---|---|---|
| PA 1-065-861 | BAND OF BROTHERS: Currahee | Home Box Office, Inc. ("HBO") |
| PA 1-065-857 | BAND OF BROTHERS: Day Of Days | HBO |
| PA 1-065-856 | BAND OF BROTHERS: Carentan | HBO |
| PA 1-065-860 | BAND OF BROTHERS: Replacements | HBO |
| PA 1-065-854 | BAND OF BROTHERS: Crossroads | HBO |
| PA 1-065-859 | BAND OF BROTHERS: Bastogne | HBO |
| PA 1-057-373 | BAND OF BROTHERS: The Breaking Point | HBO |
| PA 1-057-372 | BAND OF BROTHERS: The Last Patrol | HBO |
| PA 1-057-371 | BAND OF BROTHERS: Why We Fight | HBO |
| PA 1-065-863 | BAND OF BROTHERS: Points | HBO |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |

| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
|---|---|---|
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |

| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
|---|---|---|
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-839-789 | THE BIG BANG THEORY: The Electric Can opener Fluctuation | WBEI |
| PA 1-839-759 | THE BIG BANG THEORY: The Jiminy Conjecture | WBEI |
| PA 1-839-694 | THE BIG BANG THEORY: The Gothowitz Deviation | WBEI |
| PA 1-839-728 | THE BIG BANG THEORY: The Pirate Solution | WBEI |
| PA 1-839-770 | THE BIG BANG THEORY: The Creepy Candy Coating Corollary | WBEI |
| PA 1-839-811 | THE BIG BANG THEORY: The Cornhusker Vortex | WBEI |
| PA 1-839-702 | THE BIG BANG THEORY: The Guitarist Amplification | WBEI |
| PA 1-839-730 | THE BIG BANG THEORY: The Adhesive Duck Deficiency | WBEI |
| PA 1-839-693 | THE BIG BANG THEORY: The Vengeance Formulation | WBEI |
| PA 1-839-792 | THE BIG BANG THEORY: The Gorilla Experiment | WBEI |
| PA 1-839-756 | THE BIG BANG THEORY: The Maternal Congruence | WBEI |
| PA 1-839-706 | THE BIG BANG THEORY: The Psychic Vortex | WBEI |
| PA 1-839-790 | THE BIG BANG THEORY: The Bozeman Reaction | WBEI |
| PA 1-839-815 | THE BIG BANG THEORY: The Einstein Approximation | WBEI |
| PA 1-839-805 | THE BIG BANG THEORY: The Large Hadron Collision | WBEI |
| PA 1-839-767 | THE BIG BANG THEORY: The Excelsior Acquisition | WBEI |
| PA 1-839-803 | THE BIG BANG THEORY: The Precious Fragmentation | WBEI |
| PA 1-839-812 | THE BIG BANG THEORY: The Pants Alternative | WBEI |
| PA 1-839-793 | THE BIG BANG THEORY: The Wheaton Recurrence | WBEI |

| PA 1-839-788 | THE BIG BANG THEORY: The Spaghetti Catalyst | WBEI |
|---|---|---|
| PA 1-839-692 | THE BIG BANG THEORY: The Plimpton Stimulation | WBEI |
| PA 1-839-802 | THE BIG BANG THEORY: The Staircase Implementation | WBEI |
| PA 1-839-724 | THE BIG BANG THEORY: The Lunar Excitation | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |

| | | |
|---|---|---|
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-805-604 | THE BIG BANG THEORY: The Skank Reflex Analysis | WBEI |
| PA 1-829-818 | THE BIG BANG THEORY: The Infestation Hypothesis | WBEI |
| PA 1-829-829 | THE BIG BANG THEORY: The Pulled Groin Extrapolation | WBEI |
| PA 1-830-263 | THE BIG BANG THEORY: The Wiggly Finger Catalyst | WBEI |
| PA 1-829-822 | THE BIG BANG THEORY: The Russian Rocket Reaction | WBEI |
| PA 1-829-840 | THE BIG BANG THEORY: The Rhinitis Revelation | WBEI |
| PA 1-829-821 | THE BIG BANG THEORY: The Good Guy Fluctuation | WBEI |
| PA 1-829-844 | THE BIG BANG THEORY: The Isolation Permutation | WBEI |
| PA 1-829-827 | THE BIG BANG THEORY: The Ornithophobia Diffusion | WBEI |
| PA 1-829-825 | THE BIG BANG THEORY: The Flaming Spittoon Acquisition | WBEI |
| PA 1-829-846 | THE BIG BANG THEORY: The Speckerman Recurrence | WBEI |
| PA 1-829-848 | THE BIG BANG THEORY: The Shiny Trinket Maneuver | WBEI |
| PA 1-829-841 | THE BIG BANG THEORY: The Recombination Hypothesis | WBEI |
| PA 1-829-820 | THE BIG BANG THEORY: The Beta Test Initiation | WBEI |
| PA 1-829-805 | THE BIG BANG THEORY: The Friendship Contraction | WBEI |
| PA 1-829-830 | THE BIG BANG THEORY: The Vacation Solution | WBEI |

| | | |
|---|---|---|
| PA 1-829-843 | THE BIG BANG THEORY: The Rothman Disintegration | WBEI |
| PA 1-829-828 | THE BIG BANG THEORY: The Werewolf Transformation | WBEI |
| PA 1-829-849 | THE BIG BANG THEORY: The Weekend Vortex | WBEI |
| PA 1-829-826 | THE BIG BANG THEORY: The Transporter Malfunction | WBEI |
| PA 1-829-803 | THE BIG BANG THEORY: The Hawking Excitation | WBEI |
| PA 1-829-819 | THE BIG BANG THEORY: The Stag Convergence | WBEI |
| PA 1-829-801 | THE BIG BANG THEORY: The Launch Acceleration | WBEI |
| PA 1-805-577 | THE BIG BANG THEORY: The Countdown Reflection | WBEI |
| PA 1-709-262 | BOARDWALK EMPIRE: Boardwalk Empire | HBO |
| PA 1-709-258 | BOARDWALK EMPIRE: The Ivory Tower | HBO |
| PA 1-709-256 | BOARDWALK EMPIRE: Broadway Limited | HBO |
| PA 1-709-260 | BOARDWALK EMPIRE: Anastasia | HBO |
| PA 1-709-265 | BOARDWALK EMPIRE: Nights In Ballygran | HBO |
| PA 1-716-941 | BOARDWALK EMPIRE: Family Limitation | HBO |
| PA 1-716-942 | BOARDWALK EMPIRE: Home | HBO |
| PA 1-716-946 | BOARDWALK EMPIRE: Hold Me In Paradise | HBO |
| PA 1-719-464 | BOARDWALK EMPIRE: Belle Femme | HBO |
| PA 1-719-463 | BOARDWALK EMPIRE: The Emerald City | HBO |
| PA 1-719-466 | BOARDWALK EMPIRE: Paris Green | HBO |
| PA 1-721-376 | BOARDWALK EMPIRE: A Return To Normalcy | HBO |
| PA 1-765-830 | BOARDWALK EMPIRE: 21 | HBO |
| PA 1-765-841 | BOARDWALK EMPIRE: Ourselves Alone | HBO |
| PA 1-765-838 | BOARDWALK EMPIRE: Dangerous Maid | HBO |
| PA 1-769-620 | BOARDWALK EMPIRE:: What Does The Bee Do? | HBO |
| PA 1-769-650 | BOARDWALK EMPIRE: Gimcrack & Bunkum | HBO |
| PA 1-769-789 | BOARDWALK EMPIRE: The Age Of Reason | HBO |
| PA 1-769-786 | BOARDWALK EMPIRE: Peg Of Old | HBO |
| PA 1-774-955 | BOARDWALK EMPIRE: Two Boats And A Lifeguard | HBO |
| PA 1-774-428 | BOARDWALK EMPIRE: Battle Of The Century | HBO |
| PA 1-772-465 | BOARDWALK EMPIRE: Georgia Peaches | HBO |
| PA 1-772-461 | BOARDWALK EMPIRE: Under God's Power She Flourishes | HBO |
| PA 1-776-120 | BOARDWALK EMPIRE: To The Lost | HBO |

| | | |
|---|---|---|
| PA 1-805-639 | FRINGE: Neither Here Nor There | WBEI |
| PA 1-838-996 | FRINGE: One Night In October | WBEI |
| PA 1-838-984 | FRINGE: Alone In The World | WBEI |
| PA 1-838-999 | FRINGE: Subject 9 | WBEI |
| PA 1-839-002 | FRINGE: Novation | WBEI |
| PA 1-838-978 | FRINGE: And Those We've Left Behind | WBEI |
| PA 1-840-592 | FRINGE: Wallflower | WBEI |
| PA 1-840-558 | FRINGE: Back To Where You've Never Been | WBEI |
| PA 1-840-566 | FRINGE: Enemy Of My Enemy | WBEI |
| PA 1-840-564 | FRINGE: Forced Perspective | WBEI |
| PA 1-839-003 | FRINGE: Making Angels | WBEI |
| PA 1-839-006 | FRINGE: Welcome To Westfield | WBEI |
| PA 1-838-969 | FRINGE: A Better Human Being | WBEI |
| PA 1-839-186 | FRINGE: The End Of All Things | WBEI |
| PA 1-838-997 | FRINGE: A Short Story About Love | WBEI |
| PA 1-840-391 | FRINGE: Nothing As It Seems | WBEI |
| PA 1-838-998 | FRINGE: Everything In Its Right Place | WBEI |
| PA 1-838-971 | FRINGE: The consultant | WBEI |
| PA 1-840-561 | FRINGE: Letters Of Transit | WBEI |
| PA 1-840-594 | FRINGE: Worlds Apart | WBEI |
| PA 1-840-569 | FRINGE: Brave New World: Part One | WBEI |
| PA 1-805-612 | FRINGE: Brave New World: Part Two | WBEI |
| PA 1-783-665 | GIRLS: Pilot | HBO |
| PA 1-783-667 | GIRLS: Vagina Panic | HBO |
| PA 1-783-671 | GIRLS: All Adventurous Women Do | HBO |
| PA 1-783-668 | GIRLS: Hannah's Diary | HBO |
| PA 1-783-670 | GIRLS: Hard Being Easy | HBO |
| PA 1-787-444 | GIRLS: The Return | HBO |
| PA 1-788-525 | GIRLS: Welcome to Bushwick a.k.a. The Crackcident | HBO |
| PA 1-795-712 | GIRLS: Leave Me Alone | HBO |
| PA 1-795-711 | GIRLS: She Did | HBO |
| PA 1-805-600 | GOSSIP GIRL: Yes, Then Zero | WBEI |
| PA 1-842-654 | GOSSIP GIRL: Beauty And The Feast | WBEI |
| PA 1-842-729 | GOSSIP GIRL: Jewel Of Denial | WBEI |
| PA 1-842-682 | GOSSIP GIRL: Memories Of An Invisible Dan | WBEI |
| PA 1-842-723 | GOSSIP GIRL: The Fasting And The Furious | WBEI |
| PA 1-842-719 | GOSSIP GIRL: I Am Number Nine | WBEI |
| PA 1-842-667 | GOSSIP GIRL: The Big Sleep No More | WBEI |
| PA 1-842-775 | GOSSIP GIRL: All The Pretty Sources | WBEI |

| | | |
|---|---|---|
| PA 1-842-653 | GOSSIP GIRL: Rhodes To Perdition | WBEI |
| PA 1-842-652 | GOSSIP GIRL: Riding In Town Cars With Boys | WBEI |
| PA 1-842-777 | GOSSIP GIRL: The End Of The Affair | WBEI |
| PA 1-842-650 | GOSSIP GIRL: Father And The Bride | WBEI |
| PA 1-842-770 | GOSSIP GIRL: G.G. | WBEI |
| PA 1-842-747 | GOSSIP GIRL: The Backup Dan | WBEI |
| PA 1-842-732 | GOSSIP GIRL: Crazy, Cupid, Love | WBEI |
| PA 1-842-660 | GOSSIP GIRL: Cross Rhodes | WBEI |
| PA 1-840-387 | GOSSIP GIRL: The Princess Dowry | WBEI |
| PA 1-840-387 | GOSSIP GIRL: Con-Heir | WBEI |
| PA 1-840-373 | GOSSIP GIRL: It Girl, Interrupted | WBEI |
| PA 1-840-368 | GOSSIP GIRL: Salon Of The Dead | WBEI |
| PA 1-840-378 | GOSSIP GIRL: Despicable B | WBEI |
| PA 1-840-385 | GOSSIP GIRL: Raiders Of The Lost Art | WBEI |
| PA 1-840-367 | GOSSIP GIRL: The Fugitives | WBEI |
| PA 1-805-638 | GOSSIP GIRL: The Return Of The Ring | WBEI |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-776-116 | LUCK: Pilot | HBO |
| PA 1-782-832 | LUCK: Ace Meets with a Potential Investor | HBO |
| PA 1-809-035 | LUCK: Ace Meets with a Talented Whiz Kid | HBO |
| PA 1-780-562 | LUCK: Ace Meets with a Colleague | HBO |

| PA 1-780-567 | LUCK: Ace Forces Escalante to Swap Jockeys | HBO |
|---|---|---|
| PA 1-780-565 | LUCK: Ace Pitches a Deal | HBO |
| PA 1-780-566 | LUCK: Ace and Claire Tour a Horse Farm | HBO |
| PA 1-782-657 | LUCK: Ace Counters Smythe's Move with His Own | HBO |
| PA 1-786-977 | LUCK: Two Prized Colts Go Head to Head | HBO |
| PAu 1-728-865 | MARTIN: Beauty And The Beast | HBO Independent Productions, Inc. ("HIPI") |
| PAu 1-728-866 | MARTIN: The Gift Rapper | HIPI |
| PAu 1-728-031 | MARTIN: Things I Do For Love | HIPI |
| PAu 1-728-863 | MARTIN: Boyz 'R Us | HIPI |
| PAu 1-728-867 | MARTIN: Dead Men Don't Flush | HIPI |
| PAu 1-728-868 | MARTIN: Forever Sheneneh | HIPI |
| PAu 1-728-869 | MARTIN: The Parents Are Coming, The Parents Are Coming | HIPI |
| PAu 1-717-227 | MARTIN: A Woman With A Past | HIPI |
| PAu 1-728-858 | MARTIN: Baby It's Cole'd In Here | HIPI |
| PAu 1-728-871 | MARTIN: The Night He Came Home | HIPI |
| PAu 1-717-238 | MARTIN: The Great Payne Robbery | HIPI |
| PAu 1-717-237 | MARTIN: Three Men And A Mouse | HIPI |
| PAu 1-728-861 | MARTIN: Radio Days | HIPI |
| PAu 1-717-239 | MARTIN: I've Got A Secret | HIPI |
| PAu 1-717-240 | MARTIN: I Saw Gina Kissing Santa Claus | HIPI |
| PAu 1-728-870 | MARTIN: Do The Fight Thing | HIPI |
| PAu 1-728-859 | MARTIN: Blackboard Jungle Fever | HIPI |
| PAu 1-717-232 | MARTIN: The Break-Up: Part 1 | HIPI |
| PAu 1-717-226 | MARTIN: The Break-Up: Part 2 | HIPI |
| PAu 1-717-231 | MARTIN: The Break-Up: Part 3 | HIPI |
| PAu 1-728-855 | MARTIN: I'm Not Your Superwoman | HIPI |
| PAu 1-767-771 | MARTIN: Credit Card Blues | HIPI |
| PAu 1-767-774 | MARTIN: Jerom's In The House | HIPI |
| PAu 1-767-775 | MARTIN: Your Arms Are Too Short To Box With Martin | HIPI |
| PAu 1-767-773 | MARTIN: Variety Show | HIPI |
| PAu 1-767-772 | MARTIN: Baby You Can Drive My Car | HIPI |
| PAu 1-767-776 | MARTIN: Checks, Lie, And Videotape | HIPI |
| Pau 1-791-569 | MARTIN: Do You Remember the Time? | HIPI |
| Pau 1-791-566 | MARTIN: Really, Gina Is Not My Lover | HIPI |
| Pau 1-791-571 | MARTIN: Got to Be There | HIPI |

| | | |
|---|---|---|
| Pau 1-791-570 | MARTIN: Beat It | HIPI |
| Pau 1-791-572 | MARTIN: Baby, It's You | HIPI |
| Pau 1-789-103 | MARTIN: Workin' Day & Night | HIPI |
| Pau 1-789-126 | MARTIN: Control | HIPI |
| Pau 1-789-105 | MARTIN: You've Got a Friend | HIPI |
| Pau 1-789-104 | MARTIN: To Kill a Talking Bird | HIPI |
| Pau 1-798-217 | MARTIN: Fat Like Dat | HIPI |
| Pau 1-798-220 | MARTIN: Hollywood Swinging: Part 1 | HIPI |
| Pau 1-798-219 | MARTIN: Hollywood Swinging: Part 2 | HIPI |
| Pau 1-798-216 | MARTIN: Thanks for Nothing | HIPI |
| Pau 1-791-637 | MARTIN: Whoop There It Ain't | HIPI |
| Pau 1-789-520 | MARTIN: Holiday Blues | HIPI |
| Pau 1-789-521 | MARTIN: No Justice, No Peace | HIPI |
| Pau 1-840-046 | MARTIN: Suspicious Minds | HIPI |
| Pau 1-901-886 | MARTIN: Love is in Your Face: Part 1 | HIPI |
| Pau 1-789-624 | MARTIN: Love Is in Your Face: Part 2 | HIPI |
| Pau 1-789-620 | MARTIN: Arms Are for Hugging | HIPI |
| Pau 1-789-625 | MARTIN: Your, Mine and Ours | HIPI |
| Pau 1-789-623 | MARTIN: I Don't Have the Heart | HIPI |
| Pau 1-826-881 | MARTIN: Crunchy Drawers | HIPI |
| Pau 1-826-880 | MARTIN: No Love Lost | HIPI |
| Pau 1-840-201 | MARTIN: The Hoedown in Motown | HIPI |
| Pau 1-826-882 | MARTIN: Martin's on the Move | HIPI |
| PAu 1-929-414 | MARTIN: In Search Of… Martin | HIPI |
| PAu 1-929-415 | MARTIN: Martin Returns | HIPI |
| PAu 1-791-803 | MARTIN: I've Got Work To Do | HIPI |
| PAu 1-791-804 | MARTIN: Martin Gets Paid | HIPI |
| PAu 1-791-805 | MARTIN: Break Up To Make Up | HIPI |
| PAu 1-791-802 | MARTIN: The Closer I Get To You | HIPI |
| PAu 1-776-228 | MARTIN: Movin' On In | HIPI |
| PAu 1-776-252 | MARTIN: Momma's Baby, Maybe Martin | HIPI |
| PAu 1-776-253 | MARTIN: Whole Lotto Trouble | HIPI |
| PAu 1-776-251 | MARTIN: Get A Job | HIPI |
| PAu 1-776-247 | MARTIN: Feast Or Famine | HIPI |
| PAu 1-934-177 | MARTIN: Lockin' Boots | HIPI |
| PAu 1-934-178 | MARTIN: Go Tell It On The Martin | HIPI |
| PAu 1-875-101 | MARTIN: Xpress Yourself | HIPI |
| PAu 1-875-100 | MARTIN: Sophisticated Ladies | HIPI |
| PAu 1-875-310 | MARTIN: Ain't Nuttin' Goin' On But The Rent | HIPI |
| PAu 1-875-308 | MARTIN: Ex-Files | HIPI |

| | | |
|---|---|---|
| PAu 1-875-102 | MARTIN: All The Players Came | HIPI |
| PA 795-719 | MARTIN: Best And Bester | HIPI |
| PA 705-612 | MARTIN: High Noon | HIPI |
| PA 705-614 | MARTIN: Mother Of The Bride | HIPI |
| PA 705-634 | MARTIN: C.R.E.A.M. | HIPI |
| PA 705-635 | MARTIN: Girlfriend | HIPI |
| PA 705-633 | MARTIN: The Romantic Weekend | HIPI |
| PA 705-619 | MARTIN: Bachelor Party | HIPI |
| PA 705-626 | MARTIN: Wedding Bell Blues | HIPI |
| PA 705-632 | MARTIN: Love Is A Beach | HIPI |
| PA 777-136 | MARTIN: In the Corner Pocket | HIPI |
| PA 777-139 | MARTIN: Kill Him with Kindness | HIPI |
| PA 757-962 | MARTIN: Blow, Baby, Blow | HIPI |
| PA 708-306 | MARTIN: Ring a Ding, Ding, Ding Gone | HIPI |
| PA 708-307 | MARTIN: Love T.K.O. | HIPI |
| PA 764-745 | MARTIN: He Say, She Say | HIPI |
| PA 771-826 | MARTIN: Uptown Fright Night | HIPI |
| PA 771-896 | MARTIN: Old School Loving | HIPI |
| PA 824-477 | MARTIN: Cole on Ice | HIPI |
| PA 769-216 | MARTIN: Housekeeper from Hell | HIPI |
| PA 769-217 | MARTIN: Three Homies and a Baby | HIPI |
| PA 771-939 | MARTIN: Headin' for Trouble | HIPI |
| PA 766-229 | MARTIN: Swing Thing | HIPI |
| PA 772-134 | MARTIN: The Bodyguard | HIPI |
| PA 766-228 | MARTIN: Green Card | HIPI |
| PA 775-215 | MARTIN: You're All I Need | HIPI |
| PA 766-791 | MARTIN: Kicked to the Curb | HIPI |
| PA 775-219 | MARTIN: The Love Jones Connection | HIPI |
| PA 775-216 | MARTIN: Where the Party At | HIPI |
| PA 775-218 | MARTIN: Homeo & Juliet | HIPI |
| PA 775-217 | MARTIN: The Cabin Show | HIPI |
| PA 775-330 | MARTIN: The Tooth Will Set You Free | HIPI |
| PA 775-945 | MARTIN: Martin, I Want to Sing | HIPI |
| PA 775-357 | MARTIN: D.M.V. Blues | HIPI |
| PA 802-571 | MARTIN: Why Can't We Be Friends: Part 1 | HIPI |
| PA 802-570 | MARTIN: Why Can't We Be Friends: Part 2 | HIPI |
| PA 837-519 | MARTIN: Is You Is or Is You Ain't | HIPI |
| PA 805-745 | MARTIN: Back in Trouble Again | HIPI |
| PA 805-744 | MARTIN: Sophomore Jinx | HIPI |
| PA 805-746 | MARTIN: Working Girls | HIPI |

| | | |
|---|---|---|
| PA 806-084 | MARTIN: Boo's in the House | HIPI |
| PA 806-086 | MARTIN: Banging Hard in the School Yard | HIPI |
| PA 806-087 | MARTIN: The Life You Save... Might Make You Rich | HIPI |
| PA 806-085 | MARTIN: Snow White | HIPI |
| PA 806-082 | MARTIN: Come on over to My Place | HIPI |
| PA 806-083 | MARTIN: Scrooge | HIPI |
| PA 824-099 | MARTIN: Waiting, Debating & Ovulating | HIPI |
| PA 824-097 | MARTIN: You Play Too Much | HIPI |
| PA 824-098 | MARTIN: Ain't That About a Ditch? | HIPI |
| PA 824-095; PA 837-702 | MARTIN: Goin' Overboard: Part 1 | HIPI |
| PA 824-096 | MARTIN: Goin' Overboard: Part 2 | HIPI |
| PA 824-478 | MARTIN: Power to the People's Court | HIPI |
| PA 824-620 | MARTIN: I, Martin, Take Thee, Pam | HIPI |
| PA 837-993 | MARTIN: Auction | HIPI |
| PA 837-992 | MARTIN: Daddy Dearest | HIPI |
| Pau 2-177-389 | MARTIN: Stakeout | HIPI |
| PA 838-060 | MARTIN: Goin' for Mine | HIPI |
| PA 837-992 | MARTIN: One Flew over the Hoochies Nest | HIPI |
| PA 837-994 | MARTIN: California, Here We Come: Part 1 | HIPI |
| PA 837-996 | MARTIN: California, Here We Come: Part 2 | HIPI |
| PA 1-806-045 | NIKITA: Game Change | WBEI |
| PA 1-843-307 | NIKITA: Falling Ash | WBEI |
| PA 1-843-299 | NIKITA: Knightfall | WBEI |
| PA 1-843-288 | NIKITA: Partners | WBEI |
| PA 1-843-296 | NIKITA: Looking Glass | WBEI |
| PA 1-843-285 | NIKITA: 343 Walnut Lane | WBEI |
| PA 1-843-290 | NIKITA: Clawback | WBEI |
| PA 1-843-284 | NIKITA: London Calling | WBEI |
| PA 1-842-956 | NIKITA: Fair Trade | WBEI |
| PA 1-842-963 | NIKITA: Guardians | WBEI |
| PA 1-842-870 | NIKITA: Pale Fire | WBEI |
| PA 1-842-945 | NIKITA: Sanctuary | WBEI |
| PA 1-842-961 | NIKITA: Clean Sweep | WBEI |
| PA 1-842-871 | NIKITA: Rogue | WBEI |
| PA 1-842-858 | NIKITA: Origins | WBEI |
| PA 1-842-868 | NIKITA: Doublecross | WBEI |
| PA 1-842-862 | NIKITA: Arising | WBEI |
| PA 1-842-864 | NIKITA: Power | WBEI |

| | | |
|---|---|---|
| PA 1-842-869 | NIKITA: Wrath | WBEI |
| PA 1-842-866 | NIKITA: Shadow Walker | WBEI |
| PA 1-843-359 | NIKITA: Dead Drop | WBEI |
| PA 1-842-867 | NIKITA: Crossbow | WBEI |
| PA 1-806-055 | NIKITA: Homecoming | WBEI |
| PAu 2-231-862 | OZ: The Routine | Rysher Entertainment, Inc. ("REI") |
| PAu 2-231-865 | OZ: Visits, Conjugal and Otherwise | REI |
| PAu 2-231-864 | OZ: God's Chillin' | REI |
| Pau 2-231-861 | OZ: Capital P | REI |
| PAu 2-231-863 | OZ: Straight Life | REI |
| PAu 2-231-868 | OZ: To Your Health | REI |
| PAu 2-231-867 | OZ: Plan B | REI |
| PAu 2-231-866 | OZ: A Game of Checkers | REI |
| PA 910-558 | OZ: The Tip | REI |
| PA 910-559 | OZ: Ancient Tribes | REI |
| PA 910-560 | OZ: Great Men | REI |
| PA 910-561 | OZ: Losing Your Appeal | REI |
| PA 910-562 | OZ: Family Bizness | REI |
| PA 910-563 | OZ: Strange Bedfellows | REI |
| PA 910-564 | OZ: Animal Farm | REI |
| PA 910-565 | OZ: Escape From Oz | REI |
| PA 949-518 | OZ: The Truth And Nothing But… | REI |
| PA 949-519 | OZ: Napoleon's Boney Parts | REI |
| PA 949-520 | OZ: Legs | REI |
| PA 949-521 | OZ: Unnatural Disasters | REI |
| PA 949-476 | OZ: US Male | REI |
| PA 951-220 | OZ: Cruel And Unusual Punishments | REI |
| PA 949-475 | OZ: Secret Identities | REI |
| PA 949-474 | OZ: Out O'Time | REI |
| PA 1-082-866 | OZ: A Cock And Balls Story | REI |
| PA 1-082-871 | OZ: Obituaries | REI |
| PA 1-082-870 | OZ: The Bill Of Wrongs | REI |
| PA 1-082-849 | OZ: Works Of Mercy | REI |
| PA 1-082-839 | OZ: Gray Matter | REI |
| PA 1-082-838 | OZ: A Word To The Wise | REI |
| PA 1-082-869 | OZ: A Town Without Pity | REI |
| PA 1-082-868 | OZ: You Bet Your Life | REI |

| PA 1-082-864 | OZ: Medium Rare | REI |
|---|---|---|
| PA 1-082-872 | OZ: Conversions | REI |
| PA 1-082-851 | OZ: Revenge Is Sweet | REI |
| PA 1-082-867 | OZ: Cuts Like A Knife | REI |
| PA 1-082-837 | OZ: The Blizzard Of '01 | REI |
| PA 1-082-835 | OZ: Orpheus Descending | REI |
| PA 1-082-836 | OZ: Even The Score | REI |
| PA 1-082-850 | OZ: Famous Last Words | REI |
| PA 1-083-217 | OZ: Visitation | REI |
| PA 1-083-216 | OZ: Laws Of Gravity | REI |
| PA 1-083-213 | OZ: Dream A Little Dream Of Me | REI |
| PA 1-083-219 | OZ: Next Stop : Valhalla | REI |
| PA 1-083-218 | OZ: Wheel Of Fortune | REI |
| PA 1-083-214 | OZ: Variety | REI |
| PA 1-083-215 | OZ: Good Intentions | REI |
| PA 1-110-983 | OZ: Dead Man Talking | HBO |
| PA 1-110-984 | OZ: See No Evil, Hear No Evil, Smell No Evil | HBO |
| PA 1-110-985 | OZ: Sonata Da Oz | HBO |
| PA 1-110-986 | OZ: A Failure To Communicate | HBO |
| PA 1-110-987 | OZ: 4giveness | HBO |
| PA 1-122-978 | OZ: A Day In The Death | HBO |
| PA 1-122-977 | OZ: Junkyard Dawgs | HBO |
| PA 1-138-942 | OZ: Exeunt Omnes | HBO |
| PA 1-271-539 | BATMAN BEGINS | WBEI |
| PA 1-606-857 | THE DARK KNIGHT | WBEI |
| PA 1-798-515 | THE DARK KNIGHT RISES | WBEI; Legendary Pictures Funding LLC ("LPF") |
| PA 1-107-745 | THE LORD OF THE RINGS: The Fellowship of the Ring | New Line Productions, Inc. ("NLP") |

| | | |
|---|---|---|
| PA 1-201-547 | THE LORD OF THE RINGS: The Return of the King | Lord Dritte Productions Deutschland Filmproduktion, GmbH & Co. KG & New Line Productions, Inc. |
| PA 1-119-134 | THE LORD OF THE RINGS: The Two Towers | Lord Zweite Productions Deutschland Filmproduktion, GmbH & Co. KG & New Line Productions, Inc.x |
| PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | WBEI; CBS Studios Inc. ("CBS") |
| PA 1-840-715 | THE VAMPIRE DIARIES: The Hybrid | WBEI; CBS |
| PA 1-840-836 | THE VAMPIRE DIARIES: The End Of The Affair | WBEI; CBS |
| PA 1-840-714 | THE VAMPIRE DIARIES: Disturbing Behavior | WBEI; CBS |
| PA 1-840-717 | THE VAMPIRE DIARIES: The Reckoning | WBEI; CBS |
| PA 1-840-716 | THE VAMPIRE DIARIES: Smells Like Teen Spirit | WBEI; CBS |
| PA 1-840-829 | THE VAMPIRE DIARIES: Ghost World | WBEI; CBS |
| PA 1-840-721 | THE VAMPIRE DIARIES: Ordinary People | WBEI; CBS |
| PA 1-840-703 | THE VAMPIRE DIARIES: Homecoming | WBEI; CBS |
| PA 1-840-820 | THE VAMPIRE DIARIES: The New Deal | WBEI; CBS |
| PA 1-840-719 | THE VAMPIRE DIARIES: Our Town | WBEI; CBS |
| PA 1-840-698 | THE VAMPIRE DIARIES: The Ties That Bind | WBEI; CBS |
| PA 1-840-722 | THE VAMPIRE DIARIES: Bringing Out The Dead | WBEI; CBS |
| PA 1-840-708 | THE VAMPIRE DIARIES: Dangerous Liaisons | WBEI; CBS |
| PA 1-840-706 | THE VAMPIRE DIARIES: All My Children | WBEI; CBS |
| PA 1-840-720 | THE VAMPIRE DIARIES: 1912 | WBEI; CBS |
| PA 1-843-357 | THE VAMPIRE DIARIES: Break On Through | WBEI; CBS |
| PA 1-843-356 | THE VAMPIRE DIARIES: The Murder Of One | WBEI; CBS |
| PA 1-843-353 | THE VAMPIRE DIARIES: Heart Of Darkness | WBEI; CBS |
| PA 1-843-350 | THE VAMPIRE DIARIES: Do Not Go Gentle | WBEI; CBS |

| | | |
|---|---|---|
| PA 1-843-352 | THE VAMPIRE DIARIES: Before Sunset | WBEI; CBS |
| PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | WBEI; CBS |
| PA 1-653-459 | TRUE BLOOD: Strange Love | HBO |
| PA 1-653-432 | TRUE BLOOD: The First Taste | HBO |
| PA 1-653-964 | TRUE BLOOD: Mine | HBO |
| PA 1-653-970 | TRUE BLOOD: Escape from Dragon House | HBO |
| PA 1-653-971 | TRUE BLOOD: Sparks Fly Out | HBO |
| PA 1-653-570 | TRUE BLOOD: Cold Ground | HBO |
| PA 1-653-568 | TRUE BLOOD: Burning House of Love | HBO |
| PA 1-662-013 | TRUE BLOOD: The Fourth Man in the Fire | HBO |
| PA 1-661-869 | TRUE BLOOD: Plaisir D'Amour | HBO |
| PA 1-658-084 | TRUE BLOOD: I Don't Wanna Know | HBO |
| PA 1-663-958 | TRUE BLOOD: To Love is to Bury | HBO |
| PA 1-656-238 | TRUE BLOOD: You'll Be the Death of Me | HBO |
| PA 1-664-352 | TRUE BLOOD: Nothing but the Blood | HBO |
| PA 1-666-595 | TRUE BLOOD: Keep This Party Going | HBO |
| PA 1-666-589 | TRUE BLOOD: Scratches | HBO |
| PA 1-666-598 | TRUE BLOOD: Shake and Fingerpop | HBO |
| PA 1-666-592 | TRUE BLOOD: Never Let Me Go | HBO |
| PA 1-666-591 | TRUE BLOOD: Hard-Hearted Hannah | HBO |
| PA 1-667-523 | TRUE BLOOD: Release Me | HBO |
| PA 1-666-586 | TRUE BLOOD: Timebomb | HBO |
| PA 1-666-583 | TRUE BLOOD: I Will Rise Up | HBO |
| PA 1-666-596 | TRUE BLOOD: New World in My View | HBO |
| PA 1-663-479 | TRUE BLOOD: Frenzy | HBO |
| PA 1-667-580 | TRUE BLOOD: Beyond Here Lies Nothin' | HBO |
| PA 1-688-635 | TRUE BLOOD: Bad Blood | HBO |
| PA 1-693-287 | TRUE BLOOD: Beautifully Broken | HBO |
| PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | HBO |
| PA 1-697-287 | TRUE BLOOD: 9 Crimes | HBO |
| PA 1-704-298 | TRUE BLOOD: Trouble | HBO |
| PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | HBO |
| PA 1-699-150 | TRUE BLOOD: Hitting the Ground | HBO |
| PA 1-716-112 | TRUE BLOOD: Night on the Sun | HBO |
| PA 1-716-111 | TRUE BLOOD:: Everything is Broken | HBO |
| PA 1-716-116 | TRUE BLOOD: I Smell a Rat | HBO |
| PA 1-716-110 | TRUE BLOOD: Fresh Blood | HBO |
| PA 1-716-114 | TRUE BLOOD: Evil is Going On | HBO |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |

| | | |
|---|---|---|
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |